IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH GOOGLE, LLC ACCOUNT ryleighclairek.29@gmail.com and ryleigh.claire.official@gmail.com STORED AT PREMISES CONTROLLED BY GOOGLE, LLC | Case No. 22-mj-29<br><br>**Filed Under Seal** |

# O R D E R

Considering the foregoing,

IT IS HEREBY ORDERED, that the application and affidavit in support of a search warrant, the search warrant, and the search warrant return in this matter be sealed until further orders from the Court,

IT IS FURTHER ORDERED that this Motion and Order be sealed; however, nothing in this Order shall preclude transmission of this Order to the United States Attorney's Office or representatives of the U.S. Department of Justice, Federal Bureau of Investigation.

Baton Rouge, Louisiana, this  1st  day of ~~March, 2022.~~
April, 2022

_____
THE HONORABLE RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA

Craig