AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means          ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
INFORMATION ASSOCIATED WITH GOOGLE, LLC ) Case No. 22-mj -29
ACCOUNT ryleighclairek.29@gmail.com and )
ryleigh.claire.official@gmail.com STORED AT PREMISES )
CONTROLLED BY GOOGLE, LLC )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Middle____ District of ____Louisiana____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT "A"

This Court possesses the authority to issue this warrant under 18 U.S.C. Sections 2703(c)(1)(A) and 2711(3)(A)(i) and Federal Rule of Criminal Procedure 41.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT "B"

**YOU ARE COMMANDED** to execute this warrant on or before ____April 15, 2022____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Richard L. Bourgeois, Jr.____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   April 1, 2022 at 2:30pm                    _____[signature]_____
                                                                     *Judge's signature*

City and state:   Baton Rouge, Louisiana                    Richard L. Bourgeois, Jr., U.S. Magistrate Judge
                                                              *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 22-mj-29 | Date and time warrant executed: 4/1/22; 3:30pm | Copy of warrant and inventory left with: via Law Enforcement Portal |
|---|---|---|

Inventory made in the presence of: SA Christopher Bedford

Inventory of the property taken and name(s) of any person(s) seized:

Three zipped folders
- 14310359-20220413-2 ; 4,096,160 KB
- 14310359-20220413-1 ; 297,959 KB
- ryleighclairek.29@gmail.com.68510130335.GooglePay.Billing Information_001; 2 KB

and Certification letter

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/14/22

*Stephanie Bobo*
Executing officer's signature

Special Agent Stephanie Bobo, FBI
Printed name and title