IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE SEARCH OF: <br> INFORMATION ASSOCIATED <br> WITH GOOGLE, LLC ACCOUNT <br> ryleighclairek.29@gmail.com and <br> ryleigh.claire.official@gmail.com <br> STORED AT PREMISES <br> CONTROLLED BY GOOGLE, LLC | Case No. 22-mj-29 <br><br> **Filed Under Seal** |

## ORDER

Considering the United States' *Motion to Unseal Application and Affidavit for Search Warrant, Search Warrant, and Search Warrant Return,*

**IT IS ORDERED** that the Application and Affidavit for the Search Warrant, the accompanying attachments, and the Search Warrant, are hereby unsealed.

This _____ day of June, 2022, Baton Rouge, Louisiana.

HONORABLE RICHARD L. BOURGEOIS, JR. <br>
UNITED STATES MAGISTRATE JUDGE <br>
MIDDLE DISTRICT OF LOUISIANA