UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE SEARCH OF:<br>INFORMATION ASSOCIATED<br>WITH GOOGLE, LLC ACCOUNT<br>ryleighclairek.29@gmail.com and<br>ryleigh.claire.official@gmail.com<br>STORED AT PREMISES<br>CONTROLLED BY GOOGLE, LLC | Case No. 22-mj-29<br><br>**Filed Under Seal** |

**ORDER**

Considering the United States' *Motion to Unseal Application and Affidavit for Search Warrant, Search Warrant, and Search Warrant Return*,

**IT IS ORDERED** that the Application and Affidavit for the Search Warrant, the accompanying attachments, and the Search Warrant, are hereby unsealed.

Signed in Baton Rouge, Louisiana, on June 8, 2022.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**